IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

WILLIAM MCCARTHA,                     )
                                      )
            Plaintiff,                )
                                      )
      v.                              )      Civil Action No.1:09CV1004-SRW
                                      )                  (WO)
MICHAEL J. ASTRUE,                    )
Commissioner of Social Security,      )
                                      )
            Defendant.                )

**JUDGMENT**

In accordance with the Memorandum of Opinion entered on this date, it is

ORDERED, ADJUDGED and DECREED that the decision of the Commissioner

is AFFIRMED.

Done, this 17th day of May, 2010.


                        /s/ Susan Russ Walker
                        SUSAN RUSS WALKER
                        CHIEF UNITED STATES MAGISTRATE JUDGE